1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant CAZARES-CASTANEDA
6

7                 IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )   No. CR 13-00250 EJD
                                       )
11                    Plaintiff,       )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING DATE
12  vs.                                )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
13  JESUS CAZARES-CASTANEDA,           )
                                       )
14                    Defendant.       )
                                       )
15  _____   )

16         The defendant, Jesus Cazares-Castaneda, represented by Assistant Federal Public

17  Defender Diana A. Garrido, and the government, represented by Special Assistant United States

18  Attorney Meredith J. Edwards, hereby stipulate that, with the Court's approval, the status

19  conference currently set for Monday, May 20, 2013 at 1:30 p.m., shall be continued to Monday,

20  June 17, 2013 at 1:30 p.m.

21         The continuance is requested to provide both defense counsel and the government with

22  additional time to obtain and review discovery and to negotiate an appropriate resolution. The

23  continuance would provide both parties with the reasonable time necessary for effective

24  preparation. Accordingly, both parties respectfully request that the time between May 20, 2013

25  and June 17, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26  (B)(iv).

Dated: May 16, 2013

                                        STEVEN G. KALAR
                                        Federal Public Defender


                                                /s/
                                        DIANA A. GARRIDO
                                        Assistant Federal Public Defender

Dated: May 16, 2013

                                        MELINDA HAAG
                                        United States Attorney


                                                /s/
                                        MEREDITH J. EDWARDS
                                        Special Assistant United States Attorney

1        **[PROPOSED] ORDER**

2                Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that

3        the status conference be continued from May 20, 2013 to June 24, 2013. The Court FURTHER

4        ORDERS that the time between May 20, 2013 and June 24, 2013 is excluded under the Speedy

5        Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6        that the failure to grant the requested continuance would unreasonably deny counsel reasonable

7        time necessary for effective preparation, taking into account the exercise of due diligence.

8        Furthermore, the Court finds that the ends of justice served by granting the requested continuance

9        outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore

10       concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

11       (B)(iv).

12

13       IT IS SO ORDERED.

14

15       DATED: May 17, 2013

16       THE HONORABLE EDWARD J. DAVILA
         United States District Judge

17

18

19

20

21

22

23

24

25

26